# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Ardamis Sims

_____

_____

_____

_____ Plaintiff(s)/Petitioner(s) _____

v.

Warden Scobi Thompson, Food Sup, W. Harris
Counselor D. Hass, A. Hager, A. Loos, Lieutenant
J. Smith, Grievance officer, S Mercier, Food Sup, MS. Dembar
Dir, Travis Bayler, Acting Dir John R. Baldwin, Lt miller
Siggers, Clover Hills,
Jimmy Deans, Kraft Food, Tyson Foods.

_____ Defendant(s)/Respondent(s) _____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: _____20-336-SMY_____

(Clerk's Office will provide)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☑ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

I.   **JURISDICTION**

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of
confinement.   I.D # K-81548   Danville Correctional Center
3820 EAST MAIN STREET
Danville IL 61834

**Defendant #1:**

B.   Defendant _Scobi Thompson_____ is employed as
(a)        (Name of First Defendant)

_____Warden_____
(b)        (Position/Title)

with ___IDOC___ _Pinckneyville Correctional Center_ of
(c)        (Employer's Name and Address)

_Illinois DEPARTMENT OF CORRECTIONS_

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain: _Scobi Thompson, at the time of
my stay was the Warden at Pinckneyville Correctional Center_

Rev. 10/3/19

**Defendant #2:**

C. Defendant __W. Harris__ is employed as

(Name of Second Defendant)

__Manager / Food Supervisor__
(Position/Title)

with __Pinckneyville Correctional Center of Illinois__
(Employer's Name and Address)
__Department of Corrections__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain: During the time of my stay at P.N.K.C.C. W. Harris, were the Manager of P.NK. Dietary

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Defendant   D. Hess

Position
Counselor

With Pinckneyville Correctional Center of Illinois
Department of Corrections

Defendant #3. During the time of my stay at P.NKCC Counselor D. Hess serve as my tier Counselor.

Rev. 10/3/19

## II.   PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):

*See Additional Sheet*

Defendant(s):

2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7.     Approximate date of filing lawsuit:

8.     Approximate date of disposition:

9.     Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes     ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?     ☒ Yes     ☐ No

C.   If your answer is YES,
1.     What steps did you take?
First I filed a Grievance. The Process then went to the Grievance officer, then to The A.R.B

2.     What was the result?
Denied Saying appropertly handled by the institution

D.   If your answer is NO, explain why not.
N/A

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?     ☐ Yes     ☐ No  N/A

F.   If your answer is YES,
1.     What steps did you take? N/A

Rev. 10/3/19

## IV.  STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Rev. 10/3/19

2.      What was the result? N/A

G.      If your answer is NO, explain why not. N/A

H.      Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:    N/A

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Wherefore Plaintiff demands Judgement against defendants with intrest for actual and Consequential damages. Punitive and exemplary damages; and any other relief deemed by the trier of fact to be Just fair and appropriate.

## VI.   JURY DEMAND (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed
on:            3/31/20
               (date)

_____
Signature of Plaintiff

3830 East Main Street
               Street Address

Ardamis Darrell Sims
               Printed Name

Danville Ill 61834
               City, State, Zip

K-81548
               Prisoner Register Number

_____
Signature of Attorney (if any)

ILLINOIS DEP..
**RESPONSE TO**

**Griev**

**Date Received:** 04/09/2019    **Date**    2019    **Grievance #** (optional): 711-03-19

**Offender:** Ardamis Sims    **ID#:** K81548

**Nature of Grievance:**

Dietary Sanitation

**Facts Reviewed:**

Grievant claims he was in investigative segregation on 3/07/19 and forced to eat off of nasty trays. Grievant claims the trays are so filthy that you can take your finger and rub away "slimy grime". Grievant claims the trays flake. Grievant claims he was diagnosed with H. pylori and prescribed multiple antibiotics, suffered mass weight loss, extreme pain, never ending diarrhea, and severe stomach pain. Grievant claims the unsanitary trays are contaminating the food. Grievant claims to fear for his life.

**RESPONSE:**

The Counselor answered the grievance at the 1st level on 4/08/19: "Dietary Manager denied the allegations. PNK uses commercial dishwashers, requiring 165 degrees Fahrenheit in order to properly sanitize trays. This is also the temperature required by the US Food and Drug Administration. All trays are washed after every use with sanitizing agents at 170 degrees Fahrenheit. Old trays are slowly being replaced with new ones. Thus far, Dietary Manager has replaced over 1200 trays.

The offender transferred to Danville in June 2019, making this a MOOT issue.

**Recommendation:**

Based upon a total review of the information available, I recommend the grievance be considered MOOT. The offender has transferred.

S. MERCIER, CCII      *Smercier, CC II*

Print Grievance Officer's Name        Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** |
|---|

**Date Received:** 11/4/19    ☒ concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature      11/4/19

Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature      K-81548      11/14/19

ID#      Date

ILLINOIS DEPA[RTMENT]
OFFEND[ER]

#711-03-19

| Date: 3/07/19 | Offender: (Please Print) | | ID#: K81548 |
|---|---|---|---|

Present Facility: Pinckneyville

[Wh]ere Grievance [occ]urred: Pinckneyville

RECEIVED
MAR 1[ ]

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Han... ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☑ Dietary ☑ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Other

☐ Disciplinary Report: _____

Date of Rep...                                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On today's date 3/07/19. I have been housed on 5-A-51 in (Investigative Status) where I have received all my meals in the cell and the nastiness of the trays are even more filthy then those in population. Literally the trays are so filthy that you can take your finger and rub away "Slimy Grime", that you can see thats red and brannish. Its as if a coffee mug has been use over and over again with out soap. And the peeling of the trays are so bad that when you sit the trays down it flakes off on its on. I was d[i]et diagnosed with H.pylori, and prescribed multiple Anti-Biotics; I have suffered mass weight loss, extreme pain from never ending diarrhea, and Severe Stomach pain for months. I Just now started back picking up a little weight. Please, remove these unsanitary trays and that's contaminating.

Relief Requested: That I be immediately release from (Investigative So6) and transfered from this institution. I fear for my life Here!

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

Offender's Signature                    ID# K-81548                RECEIVED 3-07-19

(Continue on reverse side if necessary)

RECEIVED
APR 05 2019
GRIEVANCE OFFICE
PNK-C

---

**Counselor's Response (if applicable)**

| Date Received: 3, 20, 19 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Dietary Manager denies the allegations. PNK uses commerical dishwashers, requiring 1165°F in order to properly sanitize trays. This is also the temperature required by the U.S. Food and Drug Administration (FDA). All trays are washed after every use, with sanitizing agents at 170°F. Old trays are slowly being replaced with new.

A. Loos, CCII
Print Counselor's Name          A. Loos, CCII
                                Counselor's Signature          4, 8, 19
                                                                Date of Response

---

**EMERGENCY REVIEW**

Date Received: 03, 12, 19          Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance
                                   ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administ... / Officer's Signature                    03 12 19
                                                            Date

Housing Unit: 5-A-51   Bed #: 1

RECTIONS
(Continued)

the food I and many others eat. I ____ ____ ____ because this situation seems obviously unstoppable. I've told the ____ ____ showed the C/o's and all they said is that there's nothing they could do ____ I felt like I was going to die from being so sick at times and now I'm still ____ suering even though I still feel stomach pains. And I have now been place under ____ ____ tigative Status) because I notified the staff of my Cellmate mental Illness (It don't make any sense). However, I was living out my box to avoid having too eat from P.U.K.C.C. Kitchen its, what help me gain some weight back. The Commissary I was able to buy but now I'm force to eat Contaminated food again out of old nasty filthy trays. This is UnConstitutional! And a major Hazard to my health, my System can't handle anything foreign to my body. Mr Scobi Thompson, the "Chief Administrative Officer" And I don't have the finances to Solely live off Commissary neither. I have been housed here on 5-A-51 Since 3/05/19 And these trays are horrible!

ones. Thus far, Dietary Manager has replaced over 1200 trays. I/M Sims #K81548 holds no merit. EOR

Printed on Recycled Paper

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K81548 | **Counseling Date** | 12/13/18 15:16:09:043 |
| **Offender Name** | SIMS, ARDAMIS L. | **Type** | Collateral |
| **rrent Admit Date** | 03/15/2018 | **Method** | Other |
| **MSR Date** | 06/02/2021 | **Location** | PNK  HOUSING UNIT R3 |
| **HSE/GAL/CELL** | R3-A -54 | **Staff** | MERCIER, SHAYNE, Correctional Counselor II |

rievance #133-12-18 received regarding a broken dishwasher, dated 10/12/18.  This grievance was
nswered on the first level on 10/25/18 and was just returned for second level review.  Past time frame
emo sent.

RECEIVED

DEC 2 8 2018

ADMINISTRATIVE
REVIEW BOARD

RECEIVED

FEB 0 4 2019

ADMINISTRATIVE
REVIEW BOARD

Print Date  12/13/2018

ILLINOIS DEPARTMENT OF CORRECTIONS

3A54

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Sims_ _____ _Ardamis_ _____ ____ _K81548_
           Last Name           First Name        MI      ID#

Facility: _Pinckneyville_ _____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _12/7/2018_ ____ or ☐ Correspondence: Dated: ____

Received: _12/28/2018_ ___ Regarding: _medical_ _____
        Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administr
Officer's response, to appeal; if timely.

☒ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attach
grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the
offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☒ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review
Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be
addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this
issue will not be addressed further.

☐ This office previously addressed this issue on _____
                               Date

☐ No justification provided for additional consideration.

**RECEIVED**

**FEB 0 4 2019**

**ADMINISTRATIVE**
**REVIEW BOARD**

**Other** (specify): _Must follow DR 504.810_ _____

Completed by: _Travis Bayler_ _____ _(signature)_ _____ _1/3/2019_
            Print Name                         Signature        Date

Distribution:   Offender
            Inmate Issues            Printed on Recycled Paper             DOC 0070 (Rev. 3/2018)

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K81548 | **Counseling Date** | 12/11/18 10:03:53:607 |
| **Offender Name** | SIMS, ARDAMIS L. | **Type** | Collateral |
| **Current Admit Date** | 03/15/2018 | **Method** | Other |
| **MSR Date** | 06/02/2021 | **Location** | PNK  HOUSING UNIT R3 |
| **HSE/GAL/CELL** | R3-A -54 | **Staff** | MERCIER, SHAYNE, Correctional Counselor II |

Grievance Office received grievance #77-12-18 regarding dayroom time, dated 12/7/18.  Forwarded to
Clinical Services for Counselor's response.



RECEIVED

DEC 2 8 2018
ADMINISTRATIVE
REVIEW BOARD

RECEIVED

FEB 0 4 2019
ADMINISTRATIVE
REVIEW BOARD

**Print Date  12/11/2018**

# MEMORANDUM

**DATE:**      12/10/2018

**TO:**      Ardamis Sims,  K81548      3A54

**FROM:**      Grievance Officer


The attached grievance # is being returned for the reason(s) listed below:

_____ Needs counselor response prior to grievance officer review.

_____ Use proper grievance form

_____ Unable to determine nature of grievance.  Please provide additional and specific information

_____ Provide date(s) of disciplinary reports(s) and where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, issues from another facility except personal property issues, disciplinary reports from other IDOC facilities, decisions made by the Transfer Coordinator's Office, decisions made by the IDOC Director),issues not resolved by the Chief Administrative Officer.

_____ Not submitted in the timeframe outlined in DR504.  Issue will not be addressed further.

\_\_x\_\_ Issue has been addressed. No justification for further consideration.

_____ Contact the Record Office with your request (sentence calculations, jail credits, etc)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.)

\_\_x\_\_ Other: Duplicate to grievance #64-12-18.

RECEIVED
FEB 0 4 2019
ADMINISTRATIVE
REVIEW BOARD

RECEIVED
DEC 2 8 2018
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence



Offender: __Sims__        __Ardamis__        __K81548__
          Last Name           First Name       MI       ID#

Facility: __Pinckneyville__

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: __12/7/2018__   or ☐ Correspondence: Dated: _____

Received: __2/4/2019__     Regarding: __medical, dietary, grievance process__
        Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☒ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☒ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on __12/28/2018__
                                         Date

☐ No justification provided for additional consideration.

**Other** (specify): __Medical grievances must be addressed by facility prior to ARB. If issues are still happening, include dates of occurrence.__

Completed by: __Travis Bayler__                                      __2/7/2019__
            Print Name                                    Signature             Date

Distribution:   Offender
              Inmate Issues                     *Printed on Recycled Paper*                      DOC 0070 (Rev. 3/2018)

# MEMORANDUM

**DATE:**       12/13/2018

**TO:**       A. Sims, K81548          3A54

**FROM:**      Grievance Officer

The attached grievance # is being returned for the reason(s) listed below:

_____ Needs counselor response prior to grievance officer review

_____ Use proper grievance form

_____ Please provide additional specific information; unable to determine nature of grievance.

_____ Provide date(s) of disciplinary report(s) and where incident(s) occurred

_____ Forward grievance directly to the Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, enforced medication, issues from another facility, except personal property issues, disciplinary reports from other IDOC facilities, decisions made by the IDOC Director or issues not resolved by the Chief Administrative Officer.

__xx_____ Not submitted in the timeframe outlined in DR504.  Issue will not be addressed further

_____ Issue has been addressed.  No justification for further consideration

_____ Contact the Record Office with your request (sentence calculations, jail credits, etc.)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.)

_____ Other:

RECEIVED
FEB 0 4 2019
ADMINISTRATIVE
REVIEW BOARD

RECEIVED
DEC 2 8 2018
ADMINISTRATIVE
REVIEW BOARD

# MEMORANDUM

**DATE:**      12/13/2018

**TO:**       A. Sims, K81548      3A54

**FROM:**      Grievance Officer

The attached grievance # is being returned for the reason(s) listed below:

_____ Needs counselor response prior to grievance officer review

_____ Use proper grievance form

_____ Please provide additional specific information; unable to determine nature of grievance.

_____ Provide date(s) of disciplinary report(s) and where incident(s) occurred

_____ Forward grievance directly to the Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, enforced medication, issues from another facility, except personal property issues, disciplinary reports from other IDOC facilities, decisions made by the IDOC Director or issues not resolved by the Chief Administrative Officer.

__x____ Not submitted in the timeframe outlined in DR504.  Issue will not be addressed further

_____ Issue has been addressed.  No justification for further consideration

_____ Contact the Record Office with your request (sentence calculations, jail credits, etc.)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.)

___x___ Other:  Dates mentioned in the body of the grievance are 3/29/18 and 10-03/18.

RECEIVED
FEB 0 4 2019
ADMINISTRATIVE
REVIEW BOARD

RECEIVED
DEC 2 8 2018
ADMINISTRATIVE
REVIEW BOARD

# MEMORANDUM

**DATE:**         12/13/2018

**TO:**            A. Sims, K81548        3A54

**FROM:**        Grievance Officer

The attached grievance # is being returned for the reason(s) listed below:

_____ Needs counselor response prior to grievance officer review

_____ Use proper grievance form

_____ Please provide additional specific information; unable to determine nature of grievance.

_____ Provide date(s) of disciplinary report(s) and where incident(s) occurred

_____ Forward grievance directly to the Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, enforced medication, issues from another facility, except personal property issues, disciplinary reports from other IDOC facilities, decisions made by the IDOC Director or issues not resolved by the Chief Administrative Officer.

__x_____ Not submitted in the timeframe outlined in DR504.  Issue will not be addressed further

_____ Issue has been addressed.  No justification for further consideration

_____ Contact the Record Office with your request (sentence calculations, jail credits, etc.)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.)

____x___ Other:  Dates mentioned in the body of the grievance are 3/29/18, 8/28/18, 8/29/18,

**RECEIVED**
FEB 0 4 2019
ADMINISTRATIVE
REVIEW BOARD

**RECEIVED**
DEC 2 8 2018
ADMINISTRATIVE
REVIEW BOARD

# MEMORANDUM

**DATE:**  12/13/2018

**TO:**  A. Sims, K81548  .  3A54

**FROM:**  Grievance Officer

The attached grievance # is being returned for the reason(s) listed below:

_____ Needs counselor response prior to grievance officer review

_____ Use proper grievance form

_____ Please provide additional specific information; unable to determine nature of grievance.

_____ Provide date(s) of disciplinary report(s) and where incident(s) occurred

_____ Forward grievance directly to the Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, enforced medication, issues from another facility, except personal property issues, disciplinary reports from other IDOC facilities, decisions made by the IDOC Director or issues not resolved by the Chief Administrative Officer.

__x_____ Not submitted in the timeframe outlined in DR504.  Issue will not be addressed further

_____ Issue has been addressed.  No justification for further consideration

_____ Contact the Record Office with your request (sentence calculations, jail credits, etc.)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.)

____x___ Other:  Dates mentioned in the body of the grievance are Aug 2018 and 10/03/18

RECEIVED
FEB 0 4 2019
ADMINISTRATIVE
REVIEW BOARD

RECEIVED
DEC 2 8 2018
ADMINISTRATIVE
REVIEW BOARD

# MEMORANDUM

**DATE:**        12/13/2018

**TO:**          A. Sims, K81548        3A54

**FROM:**        Grievance Officer

The attached grievance # is being returned for the reason(s) listed below:

_____ Needs counselor response prior to grievance officer review

_____ Use proper grievance form

_____ Please provide additional specific information; unable to determine nature of grievance.

_____ Provide date(s) of disciplinary report(s) and where incident(s) occurred

_____ Forward grievance directly to the Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, enforced medication, issues from another facility, except personal property issues, disciplinary reports from other IDOC facilities, decisions made by the IDOC Director or issues not resolved by the Chief Administrative Officer.

__x____ Not submitted in the timeframe outlined in DR504.  Issue will not be addressed further

_____ Issue has been addressed.  No justification for further consideration

_____ Contact the Record Office with your request (sentence calculations, jail credits, etc.)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.)

___x___ Other:  Dates mentioned in the body of the grievance are Aug 2018 and 10/03/18

RECEIVED
FEB 0 4 2019
ADMINISTRATIVE
REVIEW BOARD

RECEIVED
DEC 2 8 2018
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

3A54

Offender:  Sims                              Ardamis                                    K81548
          Last Name                          First Name                    MI          ID#

Facility:  Pinckneyville

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 12/14/2018 _____ or ☐ Correspondence: Dated: _____

Received: 2/4/2019 _____ Regarding: conditions, dietary medical
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☒ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☒ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on 12/28/2018 _____
                                              Date

☒ No justification provided for additional consideration.

**Other** (specify): _____
_____
_____

Completed by: Travis Bayler                                                      2/7/2019
             Print Name                         Signature                        Date

Distribution:   Offender
                Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Sims _____ Ardamis _____ _____ K81548
         Last Name              First Name              MI      ID#

**Facility:** Pinckneyville _____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 9/7, 10/12, 12/7/18  or  ☐ Correspondence: Dated: _____

Received: 12/28/2018 _____ Regarding: conditions, dietary, medical _____
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☒ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☒ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                Date

☐ No justification provided for additional consideration.

**RECEIVED**

FEB 0 4 2019

ADMINISTRATIVE
REVIEW BOARD

**Other** (specify): Must follow DR 504.810 _____
_____

Completed by: Travis Bayler _____        _____        1/3/2019
             Print Name                     Signature                   Date

# MEMORANDUM

**DATE:**     12/10/2018

**TO:**     Ardamis Sims K81548     A 54

**FROM:**     Grievance Officer

The attached grievance # is being returned for the reason(s) listed below:

\_\_\_\_\_ Needs counselor response prior to grievance officer review.

\_\_\_\_\_ Use proper grievance form

\_\_\_\_\_ Unable to determine nature of grievance.  Please provide additional and specific information

\_\_\_\_\_ Provide date(s) of disciplinary reports(s) and where incident(s) occurred.

\_\_\_\_\_ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, issues from another facility except personal property issues, disciplinary reports from other IDOC facilities, decisions made by the Transfer Coordinator's Office, decisions made by the IDOC Director),issues not resolved by the Chief Administrative Officer.

\_\_\_\_\_ Not submitted in the timeframe outlined in DR504.  Issue will not be addressed further.

\_\_\_\_\_ Issue has been addressed. No justification for further consideration.

\_\_\_\_\_ Contact the Record Office with your request (sentence calculations, jail credits, etc)

\_\_\_\_\_ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.)

**RECEIVED**

DEC 2 8 2018

ADMINISTRATIVE
REVIEW BOARD

**RECEIVED**

FEB 0 4 2019

ADMINISTRATIVE
REVIEW BOARD

\_\_X\_\_ Other:   You must follow proper procedure. If you do not agree with the responses from the Counselor, you must forward the grievance to the Grievance Officer.   If you don't agree with the Grievance Officer response, you must send it on to the ARB.

*You send the <u>original</u> back to the Grievance Officer if you wish to pursue the issue further.*

EXHIBIT:

On 11/15/18.The dietary served out dated food that made me sick yet, I am still recovering from previous outdated food from the dietary that prescribed medication has been issued for.

I was served Jimmy Deans,breakfastable as part of P.N.K.C.C. caloric intake.I ate my tray at breakfast and upon finishing,I over heard an inmate stating look at the dates.
True as he said,Jimmy Deans,breakfastable said Use by August 2018.

That following day dietary served Planters Peanuts with a date of 11 Jan 2018. I became sick that night where diarrhea returned non-stop.
I submitted requested for medical treatment and is still awaiting help.

On 11/17/18. I went to the dietary to put some food on my stomach and on the 3to11 shift the dietary served Frito Lay, Munchies cheddar cheese sandwich crackers with a use by date of 27 Feb 2018.

These foods are not extras' and dietary management knows they not. These items are being substituted for fruit etc, on the dietary menu.

On 11/09/18. I received a response stating P.N.K.C.C. No longer accepts food donations by outside agencies. Dates on previously donated food were Best by dates, Not use by dates and that these extras were not part of the daily calorie intake setforth by I.D.O.C They were just that extra. I/m did not have to partake of them consumption of said items was voluntary!

I have clearly demonstrated dates and times that this food was served, that totally contradicts this previous response.

Jimmy Deans, was USE BY DATE of Aug 2018, and I am undergoing the same symptoms back in August of 2018 of outdated food.

These officals has falsified another report and its too no end, 12/02/18. Dietary served Clover Hill Cinnamon Rolls that was out dated.

Relief: That these officals be removed and replaced with officals that will not harm the health and safety of my life while incarcerated  here at P.N.K.C.C.

EXhibit:

Grievance optional 102-01-19.

Per HCUA the $5.00 co/pay is the law. The nurse informed him he will be seen for a follow up. We previously responded to him that he MD is working him up but all test have been normal so far.

EXHhibit:      Grievance  213-12-18.

Indicates: Grievant has been followed by the doctor and nurse practioner with no abnormal findings. He had stool card for blood in stool which was normal.
Lab results have all been normal. his weight remains stable and he is being followed by physical theraphy.

Dr Myers does not feel he needs referred out at thjs time.

Grievant was seen by Dr Myers on 1/16/19.

He was seen for his stomach pain and lab results. The M.D prescribed medication to treat his ulcer.
If he follow the treatment this should resolve the stomach issue.
He was also ordered medication for his shoulder discomfort. He also had a physical therapist reevaluation related to non-compliance with therapy.
He was educated on the importance of attending and participating in theraphy.

Recommendation of this grievance: Based upon a total review of all available information, it,is, the recommendation of this grievance officer that the offender's grievance be denied..
Per Grievance Officer C.HALE CC1 and concured by CHIEF Administrative Officer Scobi Thompson on 1/30/19.

Signed and appealed it on 2/04/19.,

EXHIBIT:

Seen Doctor on 12/27/18.
Didn't do anything for my shoulder or stomach after repeated
complaints of abdominal pain and shoulder pain.
Doc, also said I would be ordered for a stool sample again. The
last one ordered on 12/05/18, did not happen!
Nor any test I alledgedly suppose to took!

EXHIBIT:

Denied Theraphy because of pain on 1/03/19. Submitted medical
request; Stating medicine doesn't work and that Dr Myers said he
couldn't treat me and why not send me too a specialist?

EXHIBIT:

On 1/03/19. The dietary served Mexican Style Taco Lunchable...
With a purchase and use by date shown 27 OCT 2018.20:14 CW-03 BY
KRAFT.
This institution still continues to serve outdated food and donations.
The dietary has been serving  donuts in the month of Dec on 21,22
24,27,29,30,31, into the New Year 01,03rd of Jan of 2019. These
donuts are not in its own wrapper but put on the trays bare. The
dietary also is serving trays and cups that are pilling so bad that
the cups has scraped and cut my lips on more then one occasion
including the spoons.

I've been sicken due to the dietary and still suffer sickness as to
this writing of donated food and the poorness of the dietary
kitchen.

RELIEF:That PNKCC kitchen be shut down and New Food Supervisor's
Hired.

EXhibit:

Grievance optional 102-01-19.

Per HCUA the $5.00 co/pay is the law. The nurse informed him he
will be seen for a follow up. We previously responded to him that
he MD is working him up but all test have been normal so far.

EXHhibit:        Grievance  213-12-18.

Indicates: Grievant has been followed by the doctor and nurse
practioner with no abnormal findings. He had stool card for blood
in stool which was normal.
Lab results have all been normal. his weight remains stable and he
is being followed by physical theraphy.

Dr Myers does not feel he needs referred out at thjs time.

Grievant was seen by Dr Myers on 1/16/19.

He was seen for his stomach pain and lab results. The M.D prescribed
medication to treat his ulcer.
If he follow the treatment this should resolve the stomach issue.

He was also ordered medication for his shoulder discomfort. He also
had a physical therapist reevaluation related to non-compliance
with therapy.

He was educated on the importance of attending and participating
in theraphy.


Recommendation of this grievance: Based upon a total review of all
available information, it,is, the recommendation of this grievance
officer that the offender's grievance be denied..
Per Grievance Officer C.HALE CC1 and concured by CHIEF Administrative
Officer Scobi Thompson on 1/30/19.

Signed and appealed it on 2/04/19.,

Exhibit:

Today's date 1/09/19. I had sick call where the nurse on the 7to3 shift tried to get me to sign a Co/payment to see the doctor before she even had my file open in front of her.

I explained to her its a pre-existing condition but my issue is that the medication isn't doing anything. I'm still suffering Nausea, Abdominal Pain and diarrhea.

The nurse told me I had a stool sample and I had to wait the #3 WEEKS until my next follow up.

But I'm in pain everyday with no relief and I was dismissed because I didn't sign a Co/payment, as I was told I had a follow up and that was her solution instead of letting the Dr know of my issues.

I had alledgedly normal stool before but yet I still suffer this chronic pain. This has been going on for months and I'm steady complaining about the same thing and not even Dr Myers knows how to treat me. But this administration medical personnel can state that I'm being treated HOW?

Relief: That I be seen by a capable Dr, that can treat me!

EXHIBIT:

102-01-19.   REceived response on 1/15/19.

Per C.Brown HCUA: The $5.00 co-pay is the law. The nurse informed him he will be seen for a follow up. We previously responded to him that the MD is working him up but all test have been normal so far.

Exhibit:

1/16/19: Dr Myers diagnosed me with H.Pylori.

<u>STATEMENT OF CLAIM</u>

I, Ardamis Sims I.D<sup>#</sup>K-81548. Is filing this complaint based on a 8th Amendment Violation of Cruel and Unusual punishment,Deliberate Indifference, Negligence and Medical Malpratice.

Plaintiff was currently housed in Pinckneyville from 3/29/18, until 6/06/19. During my incarceration I suffered greatly by a lack of inadequate medical care by Wexford personnel inside P.N.K.C.C. namely Dr Myers, Christine Brown, the H.C.U.A. Dan, the therapist, Nurses Jane and John Does. Director John R. Baldwin and Travis Bayler of the Administrative Review Board of the Illinois Department of Correction. Scobi Thompson the Chief Administrative Officer of P.N.K.C.C.

On 3/29/18. I transfered from Stateville I.D.O.C to P.N.K.C.C. where later that day I was evaluated and I informed medical of the left wrist brace I was wearing,that I was taking Steroid shots in my hand for and that the surgery never happen during my incarceration prior to entering into I.D.O.C. I informed medical staff that I came from Stateville with a bottom bunk permit. The nurse whom evaluated me on 3/29/18. Told me that a doctor atP.N.K.C.C. will have to renew it but she never made a note of it nor, was I placed into seeing a doctor. I also informed the nurse that I take high blood pressure medication and that I wear glasses and that my glasses were left at the county jail. I was told that I'll be put into seeing a doctor for my glasses and that never happen. I told the nurse my medication came on the bus  with me from Stateville. I never received my meds for nearly 3 weeks.  I've submitted numerous medical requestes inquiring about my medication as well as a bottom bunk permit.

Weeks went by with out any response. I notified every nurse that service med-line whom administer psych meds. Still nothing was being done and I was not given my medication and to see a doctor for my wrist whom told me that Per a list here at P.N.K.C.C. as or policy, that my wrist injury did not qualify for a bottom bunk permit. Dr Myers, whom I saw did not take matters any further, I was being dismissed. I had to on my own  accord push the doctor to act. By stating since you are not going to issue me a bottom bunk permit, that I can't leave not knowing if I will be treated for my wrist. I was seen by doctors at Strogers Hospital in Cook County while being incarcerated inside Cook County jail. I was formerly housed from 2014 until March 15, 2018. He then told me that he will have to order my records from Cook County jail, which I filled out the paper work personally myself there at health care.

Per Christine Brown, H.C.U.A. the response to my grievance states as follows: He had a thumb injury from 2015. The doctor told him he would get old records to see if there is a reason to have a low bunk but at this time he is not approved.

Pg 2

When he transfered here his medication had expired it was for 30 days. The medication has been recorded and he has been issued pills.

Here its clear that medical personnel disregarded a clearly medical issue. 1st being that I was transfered on a bus for many of hours with a wrist brace which every officer and or staff could see that covered a great portion of my left hand and arm. The day I finally saw Dr Myers he half-heartedly assesed my injury. I have a left wrist injury from 2016, not a thumb injury from 2015. And until I spoke he was giving me back my I.D. without any further evaluation to see why was I even issued the wrist brace to begin with.

And secondly per grievance response: Also seen attached; as states as follows: When he transfered here his medication had expired it was for 30 days. The medication has been recorded and he has been issued pills. Here is where Christine Brown, H.C.U.A. has falsified her report.

I have only been incarcerated in I.D.O.C. for 2 weeks. The fourthteenth day of my incarceration I was transfered to P.N.K.C.C. from Stateville N.R.C. which was on 3/29/18. I did not receive my medication until after my 30th day script had expired and this also shows that my medical file followed me from Stateville N.R.C. for them to know about the 30 day script!

I repeatedly wrote about headaches and dizziness and the difficulty of climbing in and out of the top bunk with a brace on that I sleep with.

However, per grievance officer C.Hale CC1, recommended as states as follows: Based on a total review of all available information it,is the recommendation of this grievance officer that the offender's grievance br denied. This was reviewed on 5/11/18. And on 5/17/18. The Chief Administrative Officer K.Jamiet, concurred to the recommendation. I ultimately appealed this decision through the grievance process to the final stage of the Administrative Review Board. As states as follows: I hereby appeal this decision for proper redress my wrist issue is still prevalent and these officals totally disregarded the health and safety of my well being and still continue to do so.

I filed numerous grievances on inadequate health care that I was receiving while housed at P.N.K.C.C. I filed another grievance as states as follows: I previously grievance this issue concerning my left wrist. I came here March 29, 2018, from N.R.C. where I sport a wrist brace on my left hand. I came down here with a medical permit for a bottom bunk, whom medical here told me they do not honor Stateville, medical permits. I explained that I have torn ligaments in my wrist and that I left Cook County before the surgery was done. This went to death ears because later I had to submit a medical request where I was charged for a preexisting condition. I eventually met Dr Myers,whom told me that my injury didn't qualify for a bottom bunk per some invisible chart he kept making reference to. I had to encourage Dr Myers that he should seek my medical records this obvisouly was ignorded.

Pg 3.

I suffered greatly from this Deliberate Indifference. I waied 7 months for Dr, Myers, to request my medical records, until eventually I became Ill, and had to see Dr Myers, for an issue unrelated to my wrist. Where I informed Dr Myers, that I'm still awaiting a medical response to my wrist and that I told Dr Myers, I popped my shoulder out climbing out the top bunk because of the unknown illness from eating moldy and outdated food.

Where I had to constantly rush to sit down on the stool because of violent diarrhea and vomiting and that my wrist hurts and numbs up. Dr Myers, on each occasion that I visited with him he repeatedly stated that I was there for one problem and that my wrist would have to be dealth with at a later time. This was last stated on 10/03/18. I've done all I could to address this to no avail, even to Springfield. Whom these officals wrote on record stating that they were procedurally taking the steps to secure my medical records. This hasn't been done and now I suffer a greater injury where I struggle to sleep and climb in and out the top bunk. Dr Myers, wouldn't even issue me a muscle rub medication or pain meds for my shoulder.

This treatment has been cruel to say the least, resulting in on-going agony, resulting in me rupturing my shoulder leaving me with a big blood clot in my left shoulder and waking up to numbness of my left hand. In my relief, I requested that I receive proper care by a sufficient and adequate doctor.

However, through grievances I was eventually seen by Dr Myers who put me in for theraphy of my shoulder where I met with a doctor by the name of Dan, whom physically examined me. I showed him the blood clot in my shoulder that was the size of a Tennis Ball. And I explained to him about my wrist he told me that he was only there to treat my shoulder. I spoke to Dr Dan, about the need of a CT-Scan. Since P.N.K.C.C. wasn't equipped with one. DR Dan,the therapist, told me two disturbing things. 1). That it was to cost effective to send me out to see a specialist and how they will be looking at him for doing so.

2). The other reason is that a cat scan will probably discover something entirely different and then we will have other issues to deal with. I had on numerous occasion had to deny theraphy because of the extreme pain where I couldn't even lift my left arm. I grievance this issue that theraphy had no effect. These officals write as if this was the best and only solution when it wasn't. To this writing I still struggle with my shoulder and here its now 2020.

I made my aggrieved issues known to Christine Brown, the H.C.U.A. Dr myers, Dan the Therapist. The Chief Administrator Officer Scobi Thompson, where he deemed my emergency grievances as non emergency. John R. Baldwin, Travis Bayler, ignored my aggrieved issues or responded by saying P.N.K.C.C. was appropriately handling my issues when they clearly was not. The grievance officer S. Mercier, rejected my aggrieved issues as not being timely in an attempt to block me from redress when I was clearly shown to have address my issues. Per, 504 rules timely.

Pg 4

I have attached the refusal of the grievance officer in denying my grievances to be process according
to I.D.O.C. grievance process.

Moreover, during my incarceration I was further injured by these same officals as Wexford, medical
personnel for P.N.K.C.C. failed to  properly provide medical assistance by guess estimating my symptoms
when I suddenly failed ILL, from out dated donated food, and a poor unsanitary dietary.

## A JOINED STATEMENT OF CLAIM

On or about August 2018. I became extremely ILL, inside P.N.K.C.C. after consuming moldy outdated
food. That very same day I became sick, I informed the nurse at sick call that I was becoming
nauseated and I had a painful upset stomach. I was then told to put in a sick call slip which I
submitted the very next day at which time I couldn't hold anything down and was suffering extreme
explosive diarrhea. Time elapsed before being seen by a nurse practioner whom had me fill out a money
voucher. I was given some Tylenols and some Bismuth Subsalicylate tablets. This did nothing for me
I became even more sicker as days passed where as I was vomiting alot and with explosive diarrhea
and some times at the same time.

I again submitted a sick call request where I was seen by a nurse whom told me its no way, I could
be still sick after nearly a week because the acid in my stomach will brake it down. She then said
she would tell me what the previous nurse said if, it worsen write a request. And again I was
issued some Bismuth, Subsalicylate tablets 6 chewable pills. I wrote that the diarrhea was slowing
down but I still fill knots in my stomach. Where I still can't hold nothing on my stomach or even
water.

I seen Dr Myers, whom gave me another type of medication that made me vomit that didn't stop the
diarrhea. It instead turnt my stool a jet black color, I was then given again Bismuth Subsalicylate
chewable tablets, that had no effect that the same medicine I was complainning about. I had labs done
and even had to give up numerous stool samples that at times I was left holding feces in a cup for
days in my cell before they even came and got it!

Grievances responses said my stool was normal, I came to learn from a nurse that they were suppose
to have collected my sample and tested it the same day, not days later. I repeatedly complained
about the pain in my stomach and the constant diarrhea and the on again and off again vomiting. Dr Myers,
upon one visit had me stay in health care for 23 hours, the nurses took looks at my running stools
inside a foot pail.

I saw Dr Myers, the next day and told him I didn't eat dinner or breakfast because nothing stays
down and I been suffering way over a month and that drinking water will cause me to run to the bathroom
with diarrhea, and that it burns and my rectum is raw and tender.

I was released from medical with the same symptoms with no further treatment. Pain in my stomach the runs and being nauseated, I was given 81mg of children chewable tylenols. This treatment to my health has been cruel to say the least and I suffered too long for this to be accepted. I wrote in one grievance that on 12/05/18. I seen Dr Myers, whom told me personally out of his own mouth that he did not know how to treat me. And that how my stool sample was never recorded for 11/26/18. And how I basically held on to a stool sample for nothing and that he wanted to do one more test by taking me off the medication for the diarrhea and that I will have to submit another stool sample. This visit occured on 12/05/18, with Dr Myers. I explained that my shoulder was disclored and sore since the popping of my shoulder and that this never happen to me before. Where you can see blood underneath my skin as if a vessel tore. I was assigned to theraphy but the theraphy isnt working. I wrote that my labs allegedely was normal but why haven't my stomach turnt back to normal and the blood I once witness and all the pain I still endure, why do it still exist?

Surely these doctors are  not specialist and can not treat me,and as a result I lost massive weight and these officals fabricated that my weight was stable, which is anything but the truth. ( My Records Will Show This).

During the time of my crisis P.N.K.C.C. had  a medical policy of having to complain 3 times by paying 15.00 dollars total by way of co-payments. $ 5.00 for each medical request, was nothing but a hard-ship. One that deters a resident at P.N.K.C.C. with no means of income outside the $ 9.00 state pay from requesting to see a doctor. And the nurses, practitioners and doctors as a practice doles out Tylenol and Ibuprofens just to mask the symptoms. As well as deny you treatment by a doctor as in my prior and present situation. A referral just to see a doctor but not until you have filled out multiple medical request slips and signed multiple co-payments.

This is a detriment policy that is in place and designed to deter an indigent person from seeking medical assistance. This causes further deterioration of the sicken, seeking medical assistance from P.N.K.C.C. officals who known or should have known that this policy to not treat each medical request as serious puts every life here in jeapordy. And continue to do so with no regards as to the food being served and the denial of proper medical assistance. My complaints fell upon death ears, Dr Myers failed me and nurses and practitioners whom were aware of my issues like Christine Brown the H.C.U.A. falsely reported what was being done for my health. I made the Chief Administrative Officer Scobi Thompson, aware to my failing health by the hands of these officals. I have written personal letters and attached to my grievances all matters that were currently going on that I was greatly suffering from.

EXHIBIT:

On today's date 12/14/18. I received all my grievances back from the grievance officer, stating that all my grievances wasn't timely and that the body of my complaints had other dates mentioned in my grievances of 3/29/18, 8/28/18, 8/29/18.

However, these dates that were mention inside my grievance doesn't take away from my grievance.
My aggrieved issues were all timely and properly addressed by me.

I merely stated in my grievances those dates as a showing of continuati of on-going agony but never the less I still addressed all my current aggrieved issue(s).

Grievances 133-12-18, 134-12-18, 135-12-18, and 136-12-18. All were timely despite me prematurely sending my grievances out to the A.R.B.

Moreover, in any event weekends and holiday's are excluded so there-fore " Per DR 504 " I am not time barred and neither due to the fact that I was ILL-INFORMED, to how the check in the counselor response box; Stating send directly to grievance officer, and that, that suppose to alledgedly apply to me, which the ambiguity of that is what prompted me to file # 4 separate grievances to the grievance officer.

In regards to issues not resolved by counselor!

As well as the counseling summary Per Mercier Shayne, Correctional Counselor 11 in the body of his response of being past time frame and not following procedure is, in error.

My grievances were mis-construed and not timely calculated Per DR 504 F And neither am I barred from correcting my mistake which were carried out timely. My aggrieved issue are of serious and of irreparble harm.

Therefore,I asked that my grievances be properly addressed for readdress.

                    Respectfully Submitted  A.S.   12/14/18.

EXHIBIT:

On today's date 12/14/18.

I received all my grievances back from the counselor and or grievance officer, by way of the C/O passing out mail on the second shift. These grievances were not just mailed to me and delivered by the C/O working 3-A but were ripped of its staples and read by the C/O's.

When let out my cell I question the C/O about my mail and the inspecting of my grievances .

These officals as it was multiple officers present all smurked at me and then stated that they can expect my mail and grievances and that I wasn't allowed to have staples in my mail but yet I had additional mail delivered today as well as previous  days before with staples in my mail.

These officals are purposely viewing my mail and grievances. Today's date 12/14/18,upon returning from the dietary on the 3 to 11 shift. Lt, Smith was present and I addressed my concerns in front of all the officers whom before leaving out for chow all bolstered that it was perfectly legit to read my grievances.

But Lt, Smith,in front of every officer in the foyer, stated: They are not to even  handle inmates grievances.

Every grievance that I ever sent out was returned by C/O's. If officers are allowed to handle grievances then a lock box is of none importance and the rules govering grievance procedures should be void.

This is the Counselor duty not the C/O's!

Relief: That these officals no longer handle any of my grievances!

EXHIBIT:

Seen Doctor on 12/27/18.
Didn't do anything for my shoulder or stomach after repeated
complaints of abdominal pain and shoulder pain.        .

Doc, also said I would be ordered for a stool sample again. The
last one ordered on 12/05/18, did not happen!
Nor any test I alledgedly suppose to took!


EXHIBIT:

Denied Theraphy because of pain on 1/03/19. Submitted medical
request; Stating medicine doesn't work and that Dr Myers said he
couldn't treat me and why not send me too a specialist?


EXHIBIT:

On 1/03/19. The dietary served Mexican Style Taco Lunchable...
With a purchase and use by date shown 27 OCT 2018.20:14 CW-03 BY
KRAFT.
This institution still continues to serve outdated food and donations.
The dietary has been serving  donuts in the month of Dec on 21,22
24,27,29,30,31, into the New Year 01,03rd of Jan of 2019. These
donuts are not in its own wrapper but put on the trays bare. The
dietary also is serving trays and cups that are pilling so bad that
the cups has scraped and cut my lips on more then one occasion
including the spoons.

I've been sicken due to the dietary and still suffer sickness as to
this writing of donated food and the poorness of the dietary
kitchen.

RELIEF:That PNKCC kitchen be shut down and New Food Supervisor's
Hired.

On 9/07/18.

I wrote to Christine Brown,of medical; That I became(ILL) due to
the food here for over a month now.

I been issued different medications, I've been housed over night
in medical where I continue to suffer running stools.

Nothing further was done my problem still remains and the medication
doesn't work!

EXHIBIT:

TO WHOM IT MAY CONCERN:

I Ardamis Sims #k81548. I am currently incarcerated at Pinckneyville Correctional Center.

I hereby appeal the response to my aggrieved issue of inadequate health care by P.N.K.C.C. Health care, and Dr Myers. See grievance attached:

On 11/13 18. Counselor D. Hess CC11. Response to my grievance states as follows: Per C. Brown H.C.U.A.when he transfered he reported he injured his thumb in 2015 and his brace was from the street.Not I.D.O.C. The file reflects he was wearing a wrist-brace on 11/05/ 18. He was also ordered a low bunk permit for (1) month related to complaint of shoulder popping. Dr Myers, did treat him appropriately and is currently being followed for his wrist and shoulder complaints.

I hereby appeal: This response is clearly unsubstantiated, my records and previous grievance states injury to wrist and denial of bottom bunk permit. Stating P.N.K.C.C,health care do not honor Stateville, medical permits.

Since March of 2018,these officals have sat on this information, I previously appealed this issue to Springfield, of this office and was denied and no results was followed behind the ruling.

I had to grievance this issue again after on going agony of waiting on my medical records to be requested. Records will show with dates and times, that my medical records just arrived after #7 months of waiting.
This response claiming that I said my injury was from the streets and that my injury was of my thumb is a falsified and fabricated report. My records from Stateville,clearly shows the opposite of C. Brown of H.C.U.A.:
I was transfered from Stateville,I.D.O.C. My records should have followed me but medical failed to do its job. As a result I suffered greatly and now I developed arthritis in my shoulder due to a lack of treatment. Ijust now received a bottom bunk permit and its only temporary.
My wrist and fingers suffers numbness;my wrist brace is worn thin that I still sport from Cook County Hospital. Dr Myers, could have helped me back in April,didn't and repeatedly denied me the help I needed upon each visit with him in health care as well as C.Brown, H.C.U.A.
I Have repeatedly written to her as well to no avail. This is cruel and unsual punishment and a clear showing of deliberate indifference.

Pursuant to 28.U.S.C. 1746,I declare under penalty of perjury that above mention is true and correct.

            Exhibit:

TO WHOM IT MAY CONCERN:

I, Ardamis Darrell Sims  I.D# k81548 is currently being housed in
"Pinckneyville Corr Ctr".

I hereby appeal the Chief Administrative Officer K.Jaimet, response
as well as well as the grievance officer C. Hale CC11, for reason
being as states as follows:
On 3/29/18. I was transfered from Stateville, to P.N.K.C.C. as
P.N.K.C.C, being now my parenting institution. Upon entering, I was
later that day seen by medical, where I was evaluated and I informed
medical of the left wrist brace , Im currently still wearing,that I
never had surgery for.
And that I came here with a bottom bunk permit from Stateville.

The nurse whom seen me told me that a doctor here at P.N.K.C.C. will
have to renew it but she never made a note of it nor placed me into
seeing a doctor.
I also informed the nurse that I take high blood pressure medication
and that I wear glasses and that my glasses were left at the county
jail.
I was told I'll be put into seeing a doctor for my glasses and that
never happen.
I also told the nurse that my bottom bunk permit and high blood
pressure meds came with me on the transfer from Stateville.

I never received my meds for nearly 3 weeks. I've submitted numerous
medical requestes inquiring about my medication as well as,a bottom
bunk permit.
Weeks went by without any response. I've notifiedevery nurse that
service med-line whom administer psych meds. Still nothing was being
done and I was instructed to keep filing requestes to see a doctor.

I eventually had to grievance this issue before I was given my med-
ication and to see a doctor for my wrist whom told me that Per, a
list here at P.N.K.C.C. as or, policy, that my wrist injury did not
qualify for a bottom bunk permit.
This doctor whom I saw did not take matters any further,I was being
dismissed. I had to on my own accord push the doctor to act. By stating
since you are not going to issue me a bottom bunk permit.
I cannot leave here not knowing if I will be treated for my wrist as
I was scheduled to have surgery at Strogers' Hospital,'from cook
county jail. Where I was formerly housed from 2014 until March 15
2018.
He then told me that he will have to order my records from Cook
County,jail.Which,I filled out the paperwork personally myself there
at health care.

Per, H.C.U.A. response to my grievance, states as follows: He had a
thumb injury from 2015.The doctor told him he would get old records
to see if there is a reason to have a low bunk but at this time he
is not approved.


                EXHIBIT:

When he transferred here his medication had expired it was for #30 days.The medication has been reordered and he has been issued pills.

Here its clear that medical personnel disregarded a clearly medical issue. 1st being,I was transferred on a bus for many of hours with a wrist brace and enter this institution which every officer and or staff could see. A black wrist brace that covers a great portion of my left hand and arm.

Furthermore, the doctor in attendance that day half heartedly assessed my injury. I have a left wrist injury, not a thumb injury from 2016. And until I spoke he was giving me back my #I.D without further evaluating why was I even issued the wrist brace to begin with.

And 2nd Per response, also see attached, as states as follows:When he transfered here his medication had expired it was only for #30 days. Here again is a definite showing of deliberate indifference. I have only been incarcerated in I.D.O.C. for 2 weeks.

The fourthteenth day of my incarceration,I was transfered here to P.N.K.C.C. which was on 3/29/18. I did not receive my medication until after my #30th day script had expired.

I repeatedly wrote about headaches and dizziness and the difficulty of climbing in and out of the top bunk with a brace on.


However, Per grievance officer C. Hale CC1, recommended as states as follows:

Based on a total review of all available information, it,is the recommendation of this grievance officer that the offender's grievance be denied.

This was reviewed on 5/11/18. and 5/17/18.The Chief Administrative Office K. Jaimet, Concurred, to the recommendation.

I hereby, now appeal this decision for proper redress my wrist issue is still prevalent and these officals totally disregarded the health and safety of my well being and still continue to do so.

Wherefore, I attest under the penalty of perjury that all previously stated is (True to the best of my ability and of my knowledge.

Respectfully Submitted.

ARDAMIS SIMS


EXHIBIT:

EXHIBIT:

I'm grievancing inadequate health care by Pinckneyville health care and Dr Myers.

I previously grievance this issue concerning my left wrist, I came here March 29,2018 from N.R.C. where I sport a wrist brace on my left hand.

I came down here with a medical permit for a bottom bunk, whom medical here told me they do not honor Stateville, medical permits.

I explained that I have torn ligaments in my wrist and that I left Cook County before the surgery was done.

This went to death ears because later I had to submit a medical request where I was charged for a preexisting condition.

I eventually met Dr Myers, whom told me that my injury didn't qualify for a bottom bunk per, some invisible chart he kept making reference to.

I had to encourage Dr Myers, that he should seek my medical records this obviously was ignored.


I suffered greatly from this deliberate indifference. I waited for Dr Myers, to request my medical records until eventually I became ILL, and had to see Dr Myers, for an issue unrelated from my wrist.

Where I informed Dr Myers, that I'm still awaiting a medical response to my wrist and I told Dr Myers, I popped my shoulder out climbing out the top bunk because of the unknown illness from eating moldy and out dated food.
Where I had to constantly rush to sit on the stool because of violent diarrhea.
And that my wrist hurt and numbs up. Dr Myers on each occasion that I visited with him,he repeatedly stated that I was here for one problem and that my wrist would have to be dealt with at a later time.

This was last stated on 10/03/18. I've done all I could to readdress this to no avail,even to Springfield. Whom these officals wrote on record stating that they were procedurally taking the steps to secure my medical records. This hasn't been done and now I suffer a greater injury where I struggle to sleep and climb in and out the top bunk.

Dr Myers,wouldn't even issue me a muscle rub medication or, pain meds for my shoulder. This treatment has been cruel to say the least, resulting in on-going agony,resulting in me popping my left shoulder and waking up to numbness of my left hand and now my shoulder.

Relief requested: That I receive proper care by a sufficent an adequate Doctors' and Nurses.   Thank You!

TO THE A.R.B.


I Ardamis Sims #k-81548,previously wrote too this office on...
11/27/18. Explaining that I prematurely mailed #4 appealed grievances
to this office on 11/20/18.

I'm asking again that those grievances and my appeal brief be returned
back to me so that I can futher remedy my aggrievied issues.
#1.Issue was pertaining to my wrist,
#2nd,issue was inhumane living conditions.

#3rd,was an aggrieved issue of medical and #4th, was of out-dated
food of inhumane living conditions.


Again I'm asking that any recommendations and or rulings be stayed
until I exhaust my remedies here at P.N.K.C.C.

                        12/11/18.




                        EXHIBIT: