IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ARDAMIS DARRELL SIMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-00336-MAB |
| | ) |
| **SCOTT THOMPSON, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated December 14, 2020 and the subsequent First Amended Complaint, filed on January 8, 2021, Defendants John R. Baldwin, Siggers, Clover Hills, Jimmy deans, Kraft Food, and Tyson Foods were TERMINATED from this action by the filing of the First Amended Complaint (Docs. 9, 10).

**IT IS FURHTER ORDERED AND ADJUDGED** that pursuant to the Order dated March 31, 2021 Defendants Scott Thompson, David Hess, Jr., Afton Haggard, Amber Loos, J. Smith, Shane Mercier, Travis Bayler, Lt. Miller, Chalene Hale, and Robert J. Samolinksi were DISMISSED without prejudice (Doc. 14). Defendant IDOC was DISMISSED with prejudice from this action pursuant to this March 31, 2021 Order. *Id.*

**IT IS FURHTER ORDERED AND ADJUDGED** that pursuant to the Order dated

August 17, 2022, Plaintiff's claims against Defendants William Harris and Deborah Demsar are dismissed with prejudice (Doc. 31). Accordingly, this action was DISMISSED with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

DATED: August 17, 2022

                                    MONICA A. STUMP,
                                    Clerk of Court

                                BY:  /s/ *Jennifer Jones*
                                    Deputy Clerk


APPROVED:  /s/ Mark A. Beatty
                MARK A. BEATTY
                United States Magistrate Judge